■ In the Matter of ASHLEIGH C., by Her Parent and Natural Guardian, SHARON A., Appellant, v MARK C., Respondent.

[648 NYS2d 413] —Order unanimously affirmed without costs (*see, Matter of Slocum v Joseph B.*, 183 AD2d 102). (Appeal from Order of Erie County Family Court, Dillon, J.—Paternity.) Present—Denman, P. J., Lawton, Wesley, Callahan and Balio, JJ.